# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D19-1194

—————————————————

MICAH LAMB,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

—————————————————

Petition for Writ of Mandamus—Original Jurisdiction.

August 5, 2019

PER CURIAM.

The amended petition for writ of mandamus is denied on the merits.

LEWIS, ROWE, and KELSEY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Micah Lamb, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.